**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA )
)
v. ) Magistrate No. 2:19 mj 301-JHR
)
JEREMY HUGH ROGERS )

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    ___ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

        ii.  Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

          __X__ Defendant's appearance as required

          __X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

    ____ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of __3__ days.

5. Length of Detention Hearing. The United States will require __1__ hour to present its case for detention.

Date:  10/3/2019

                                          HALSEY B. FRANK
                                          UNITED STATES ATTORNEY

                                          Richard W. Murphy
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          100 Middle Street
                                          Portland, ME 04101
                                          (207) 780-3257
                                          Rick.murphy@usdoj.gov