# United States Court of Appeals
## For the First Circuit

_____

No. 20-2165

UNITED STATES OF AMERICA,

Appellee,

v.

JEREMY HUGH ROGERS,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: November 4, 2021

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Jeremy Hugh Rogers' sentence is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:  James M. Mason, Richard W. Murphy, Julia M. Lipez, Christopher Hill, Noah Falk, Jeremy Hugh Rogers